Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Adrianna E. Guzman, Bar No. 188812
aguzman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone:  (415) 512-3000
Facsimile:   (415) 856-0306

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HIGHLEY (formerly known as ANGELA PRICE)<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND POLICE DEPARTMENT; CITY OF RICHMOND; and DOES 1 to 50,<br><br>Defendants | Case No. CV 09-01126 CW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR ENTRY OF JUDGMENT; ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(ii)] |

Whereas, Angela Highley (formerly known as Angela Price) filed a complaint in the U.S. District Court for the Eastern District of California on or about June 16, 2008, entitled, Angela Highley (formerly known as Angela Price) v. City of Richmond Police Department, City of Richmond, Case No. 2:08-cv-01362-MCE-DAD against Defendants City of Richmond Police Department and City of Richmond (hereinafter jointly referred to as "City") for violation of 29 U.S.C. Section 201, *et seq*, in which she alleged that the City violated the Fair Labor Standards Act (FLSA) by failing to provide her with paid administrative leave;

92524.1 RI424-015                                                  - 1 -

**STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO. CV 09-01126 CW**

Whereas, the City filed a Motion to Dismiss Plaintiff's complaint under Federal Rule of Civil Procedure Section 12(b)(3) for improper venue, and 12(b)(6) for failure to state a claim for which relief can be granted, or in the alternative, to transfer the case to the Northern District for the convenience of parties and witnesses pursuant to 28 U.S.C. section 1404(a);

Whereas, on December 10, 2008, the Honorable Morrison C. England Jr., United States District Judge ordered that the matter be transferred to the Northern District;

Whereas on or about March 20, 2009, the Northern District received the case from the Eastern District, and assigned the matter to the Honorable Claudia Wilken, with Northern District Case No. C-09-01126 CW (hereinafter referred to as the "LAWSUIT");

Whereas on April 3, 2009, the City filed a Motion to Dismiss Plaintiff's LAWSUIT, Northern District Case No. C-09-01126 CW under Federal Rule of Civil Procedure Section 12(b)(6) for failure to state a claim for which relief may be granted;

Whereas, all parties desire to fully resolve this matter and to avoid incurring further costs and expenses incident to the litigation in this matter;

Whereas, all parties have agreed that in exchange for the City's waiver of costs, Plaintiff will dismiss her LAWSUIT with prejudice;

Whereas, the parties agree that this settlement is a resolution of disputed matters and is not, in any way, an admission of liability, fault or wrongdoing on the part of any party;

IT IS HEREBY STIPULATED, by and between the parties of this action, that the above-captioned action will be disposed of as follows:

1. That the Court order that this action be dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) based upon the Plaintiff's agreement to dismiss her LAWSUIT and the City's agreement to waive its costs; and

2. That the Clerk of the Court enter final judgment dismissing this action with prejudice in its entirety.

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

1 | Dated: _____, 2009

2

3 | _____
ANGELA HIGHLEY

4

5 | Dated: _____, 2009   CITY OF RICHMOND POLICE
6 | DEPARTMENT and CITY OF RICHMOND

7

8

9 | _____
Bill Lindsay
10 | City Manager

11 | Approved as to Form and Content

12 | Dated: _____, 2009   ROBINSON DI LANDO

13

14

15 | _____
Michael C. Robinson, Jr., Esq.
16 | Helene Debonneuil, Esq.
Attorneys for Plaintiff

17

18

19 | Approved as to Form and Content

20 | Dated: April 30, 2009   LIEBERT CASSIDY WHITMORE

21

22

23 | _____
Cynthia O'Neill, Esq.
24 | Adrianna E. Guzman, Esq.
Attorneys for Defendant

25

26

27

28

92524.1 RI424-015                              - 3 -

**STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO. CV 09-01126 CW**

**ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**

The Court having considered the parties' stipulation submitted herein and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)) based upon Plaintiff's acceptance of the City's waiver of costs; and

2. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety

SO ORDERED

Dated: ____5/8_____, 2009

_____
The Honorable Claudia Wilken
United States District Court Judge

91926.1 RI424-015

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

92524.1 RI424-015               - 4 -

**STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO. CV 09-01126 CW**